UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

VICTOR JORDAN,

       Plaintiff,

  -against-

HON. KATHERINE A. LEVINE, A Judge
of the New York City Civil Court, Kings
County; LENNA S. JORDAN; ROSLYN
LOUISE BLACKMAN, and ALFRED
E. LOCASCIO, Marshal, City of New
York,
       Defendants.
-----------------------------------------------------------x

**CIVIL JUDGMENT**
12 CV 3527 (RRM)

      Pursuant to the Memorandum and Order issued today by the undersigned dismissing the complaint in this action, it is hereby:

      **ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any *in forma pauperis* appeal would not be taken in good faith.

*Roslynn R. Mauskopf*

ROSLYNN R. MAUSKOPF
United States District Judge

Dated: Brooklyn, New York
       July 17, 2012